HENRY M. TABER et al., Appellants, *v.* THE MANHATTAN RAILWAY COMPANY et al., Respondents.

Reported below, 14 Misc. Rep. 189.
(Argued January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Superior Court of the city of New York made October 26, 1895, which reversed an order of Special Term adjudging the defendants guilty of contempt.

*John E. Parsons* for appellants.

*Julien T. Davies* for respondents.

Order affirmed, with costs ; no opinion.
All concur.

---

In the Matter of the Petition of HUBERT O. THOMPSON, Commissioner of Public Works, etc. ; CHARLES A. CULVER et al., Appellants ; HIRAM FARRINGTON, Respondent.

Reported below, 89 Hun, 32.
(Argued January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 26, 1895, which reversed an order of the Special Term directing the payment of an award for damages arising out of the construction of the new aqueduct by New York city.

*James B. Lockwood* for appellants.

*Francis Larkin* for respondent.

Order affirmed, with costs ; no opinion.
All concur.